ACCEPTED
01-15-00146-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/11/2015 11:01:59 AM
CHRISTOPHER PRINE
CLERK

## Cause No. 01-15-00146-CV

_____

**IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT OF TEXAS
HOUSTON, TEXAS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

6/11/2015 11:01:59 AM

CHRISTOPHER A. PRINE
Clerk

_____

**ALL AMERICAN RIGGING COMPANY, INC.**
*Appellant*

**v.**

**EDWARD D. DYSARZ**
*Appellee*

_____

On Appeal from the 61st District Court of Harris County, Texas
Cause No. 2012-48784

_____

### UNOPPOSED MOTION TO ABATE APPEAL PENDING SETTLEMENT

TO THE HONORABLE JUSTICES OF THE FIRST COURT OF APPEALS:

COMES NOW Appellant All American Rigging Company, Inc., and pursuant to Tex. R. App. P. 10.1, files this Motion to Abate Appeal and in support thereof, would respectfully show as follows:

1.	All American Rigging, the Appellant, has agreed to a settlement in principle with Edward D. Dysarz, the Appellee, pending preparation and approval by all parties of all settlement terms and documents.

2.	In the interest of efficiency and of giving time for this settlement to be finalized, Appellant requests that the Court abate this appeal and the briefing

deadlines for 30 days, that is, until July 15, 2015, and extend the deadline for mediation by a similar period, that is, until July 27, 2015. When the settlement is final, Appellant will file a motion for voluntary dismissal of this appeal.

4. This motion is not filed for the sole purpose of delay but to ensure that justice is done.

5. Edward D. Dysarz is not opposed to this motion.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellant All American Rigging Company, Inc. respectfully requests that this Court grant the Motion to Abate, including all of the relief requested herein. Appellant also requests all such other and further relief to which it may be justly entitled.

` Respectfully submitted,


*/s/ Douglas Pritchett, Jr.*
Douglas Pritchett, Jr.
Texas Bar No. 24007877
JOHNSON, TRENT, WEST & TAYLOR, L.L.P.
919 Milam Street, Suite 1700
(713) 222-2323 (Telephone)
(713) 222-2226 (Facsimile)
dpritchett@johnsontrent.com

COUNSEL FOR APPELLANT
ALL AMERICAN RIGGING CO., INC.

2

## CERTIFICATE OF CONFERENCE

I hereby certify that on this 11th day of June 2015, I consulted with Andrew Totz, counsel for Edward D. Dysarz, and was informed that Mr. Dysarz does not oppose the relief requested in this motion.


/s/ Douglas Pritchett, Jr.
Douglas Pritchett, Jr.


## CERTIFICATE OF SERVICE

On this the 11th day of June 2015, the foregoing Motion to Abate Appeal was served on the following persons by electronic service:

D. John Neese, Jr.
HAWASH, MEADE, GASTON, NEESE & CICACK, LLP
2118 Smith Street
Houston, Texas 77002
(713) 658-9010 (Telephone)
(713) 658-9010 (Facsimile)
jneese@hmgnc.com

Andrew B. Totz
Totz Ellison & Totz, P.C.
2211 Norfolk Street, Suite 510
Houston, Texas 77098
(713) 275-0305 (Telephone)
(713) 275-0306 (Facsimile)
atotz@tetlegal.com


/s/ Douglas Pritchett, Jr.
Douglas Pritchett, Jr.

440287

3